USDC SCAN INDEX SHEET










SUI  11/15/00 16:15

3:00-CR-03499  USA V. CURTIS

*4*

*CRNTC.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. |
| Plaintiff, ) | 00 CR 3499 H |
| v. ) | NOTICE OF RELATED CASE |
| ALEXANDER JAMES CURTIS (1), ) MICHAEL BRIAN DASILVA (2), ) | |
| Defendants. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. ROBERT NICHOL MOREHOUSE</u>, Criminal Case No. 00CR3332H.

DATED: November 9, 2000.

GREGORY A. VEGA
United States Attorney

AMALIA L. MEZA
Assistant U.S. Attorney