








```
CAG    6/20/01    14:43
3:00-CR-03499    USA V. CURTIS
*62*
*CRJGMCOMI.*
```

A.O.245 S (Rev. 4/90) Sheet 1 - Judgment including Sentence under the Sentencing Reform Act
Case 3:00-cr-03499-H Document 62 Filed 06/20/01 PageID.493 Page 2 of 8
==================================================================================

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>VS<br><br>ALEXANDER JAMES CURTIS(1) | JUDGMENT INCLUDING SENTENCE<br>UNDER THE SENTENCING REFORM ACT<br><br>CRIMINAL CASE NUMBER 00CR3499-JCC<br><br>BERNARD SHOMAL<br>Defendant's Attorney |

THE DEFENDANT

_X_ Plead guilty to count(s) __ONE, THREE, AND FOUR OF THE INDICTMENT.__
___ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count(s) |
|---|---|---|
| 18 USC 241 | - CONSPIRACY TO VIOLATE CIVIL RIGHTS. | 1,3,4 |

The defendant is sentenced as provided in pages 2 through __4__ of this Judgment. The sentence is imposed pursuant to the Sentence Reform Act of 1984.

The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

_____(is)(are) dismissed on the motion of the United States.

Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $ __100.00 AS TO EACH COUNT FOR A TOTAL OF $300.00__ .

_X_ Fine ordered waived.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

JUNE 11, 2001
DATE OF IMPOSITION OF SENTENCE

_for_ JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE
ENTERED ON 6-20-01

00CR3499-JCC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __THIRTY-SIX (36) MONTHS AS TO EACH COUNT CONCURRENT__.

_X_ The Court makes the following recommendations to the Bureau of Prisons:

- FOR PLACEMENT IN A FACILITY WITHIN THE WESTERN REGION OF THE UNITED STATES.

__ The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district at _____ a.m./p.m. on _____
    __ as notified by the Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
    __ on or before
    __ as notified by the United States Marshal.
    __ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____
_____ ,with a certified copy of this judgment.

                                    UNITED STATES MARSHAL

                              BY_____
                                    DEPUTY MARSHAL

DEFENDANT: ALEXANDER JAMES CURTIS(1)                    JUDGMENT PAGE 3 OF 4
CASE NUMBER: 00CR3499-JCC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS AS TO EACH COUNT CONCURRENT.**

   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

   The defendant shall not commit another federal, state, or local crime.

   The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   \_\_\_\_ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

X The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

   If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

   The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

00CR3499-JCC

## SPECIAL CONDITIONS OF SUPERVISION

_X_    Defendant shall not communicate, nor have any direct or indirect contact with the victims or prosecution team and their familes or staff, or encourage others to do so.

_X_    Defendant shall not stalk the victims or prosecution team and their families or staff, or encourage others to do so.

_X_    Defendant shall not come within 900 feet of the victims or prosecution team and their families or staff.

_X_    Defendant shall not comment about the victims, the prosecution team and their families or staff, in oral or written communications.

_X_    Defendant shall in no way communicate veiled or direct threats, or make predictions of future harm to anyone, including the victims or the prosecution team, and their families or staff.

_X_    Defendant shall not espouse racist or anti-government views on the Internet, telephone, newsletters, or other forms of communications.

_X_    Defendant shall not make, copy or distribute racist fliers.

_X_    Defendant shall maintain full-time employment or schooling.

_X_    Defendant shall not condone or support the violent or racist activities, or commentary of others.

_X_    Defendant shall not associate in any way with the known white supremacists set forth on an attached list.

_X_    Defendant shall observe a curfew of 11:00 p.m., unless he notifies his probation officer of his whereabouts and the reason therefor.

_X_    Defendant shall attend an appropriate adult hate crimes rehabilitation based in San Diego, if one is available, upon his release from custody; or perform 100 hours of community service at the discretion of the probation officer after consultation with the victims.

//

//

00CR3499-JCC

**LIST OF INDIVIDUALS AND GROUPS
WHICH ALEXANDER JAMES CURTIS SHOULD NOT HAVE
ASSOCIATION WITH AS A CONDITION OF HIS
FEDERAL PROBATION:**

1. THOMAS LINTON METZGER, DOB: 04/09/1938
2. JOHN CLOISE METZGER, DOB: 01/09/1968; ANY METZGER FAMILY
3. ERIC JAMES DOBBS, DOB: 12/05/1974
4. MICHAEL EDWARD MOORE, DOB: 11/17/1974
5. MICHAEL BRIAN DASILVA, DOB: 08/23/1979
6. KEVIN CHRISTOPHER HOLLAND, DOB: 04/28/1978
7. ROBERT NICHOL MOREHOUSE, DOB: 05/24/1947
8. ROBERT M. ALLAN
9. HEATHER ANN ANDERSON, DOB: 01/08/1974
10. JIM ARNOLD
11. AMBER LYNN ATES, DOB: 08/11/1981
12. KIM ALLYN BADYNSKI
13. ADAM WILSON BAKER, DOB: 01/29/1974
14. PATRICK BARAJAS
15. TED BARAN
16. RAYMOND BARRETT
17. MICHAEL L. BARTON, DOB: 05/19/1979
18. DANIEL WILLIAM BASILE, DOB: 12/09/1974
19. BYRON DE LA BECKWITH
20. MARK HERBERT BEDLION, DOB: 12/14/1954
21. VINCENT BERTOLLINI, DOB: 09/08/1939
22. JAMES L. BETTS
23. DON BLACK
24. GABRIELE BLEDSOE
25. ROBERT BLECHA
26. LONNEY BLUNDELL
27. DENNIS ALLEN BOE, DOB: 05/29/1982
28. GINA BOEDDEKER; MIKE, MARK, OR TAMI BOEDDEKER
29. NEIL SCOTT BORSLIEN, DOB: 08/30/1947
30. GREGG E. BOSTON
31. ED LEBOUTILLIER
32. DARREN BRITTEL
33. NUEMAN BRITTON, DOB: 03/21/1924
34. ASHLEY BROWN, DOB: 01/25/1968
35. TERRY BUTLER, (AKA: GODFREY GENEREUX)
36. CHARLES ALLEN CABLE, DOB: 12/31/1977
37. EUGENE EDWARD CARR
38. WILLIS A. CARTO, DOB: 07/17/1926
39. DANIEL LEE CAYWOOD, DOB: 07/19/1946
40. JOSEPHINE ANN CAYWOOD, DOB: 06/22/1952
41. MICHELLE MARIA CHANDLER, DOB: 07/21/1981
42. DUSTIN WILLIAM CHAPIN, DOB: 10/10/1980
43. FREDERICK CARL COLARUSSO, DOB: 12/17/1950
44. MICHAEL CHRISTOPHER COLLARD, DOB: 07/01/1976

45. BRIAN MICHAEL COLVIN, DOB: 02/04/1980
46. GRANT RICHARD CONLEY, DOB: 11/11/1973
47. STEPHEN CONTRADO
48. RICKY EUGENE COOPER, DOB: 05/27/1946
49. HAROLD COVINGTON, DOB: 09/14/1953
50. BRUCE EDWARD DANFORTH, DOB: 11/21/1970
51. CONNIE RENEE DASILVA, DOB: 12/25/1958
52. HARMONY ANN DASILVA, DOB: 10/23/1975
53. JAMES BRIAN DASILVA, DOB: 03/16/1955
54. LOUISE MARGARET DASILVA, DOB: 05/21/1954
55. THOMAS EDWARD DASILVA, DOB: 04/19/1979
56. TIMOTHY MARK DASILVA, DOB: 12/23/1958
57. DONALD WAYNE DAVIS, DOB: 02/27/1982
58. JUDY RITA DOBBS, DOB: 08/02/1964
59. MICHELLE DOBBS, DOB: 05/30/1967
60. PETER LYNN DOBBS, DOB: 12/31/1956
61. ROSEMARY E. DOBBS, DOB: 09/22/1954
62. SHEILA MARIE DOBBS, DOB: 10/01/1961
63. WINIFRED ANN DOBBS. DOB: 12/15/1957
64. RANDY DUEY, DOB: 12/21/1950
65. DAVID DUKE, DOB: 07/01/1950
66. ARCH EDWARDS, DOB: 12/06/1940
67. DAVID EVANS, DOB: 02/05/1943
68. PAULETTE ELIZABETH EVANS, DOB: 07/25/1946
69. RANDALL PAUL EVANS, DOB: 12/02/1955
70. TRAVIS JOHN FAIRCLOTH, DOB: 11/03/1983
71. SVEN MICHAEL FALK, DOB: 05/05/1982
72. JOE FIELDS, DOB: 01/04/1964
73. LAURA ELIZABETH FINNEY, DOB: 09/18/1980
74. GREGORY D. FITE, DOB: 11/27/1967
75. ANGELA KAY FORBES, DOB: 12/02/1971
76. EDWARD C. FOSTER
77. EDMOND GAUDELLI, DOB: 09/01/1966
78. MAURICE LLOYD GREB, DOB: 08/15/1943
79. MATTHEW HALE, DOB: 07/27/1971
80. BRANDON PAUL HAMILTON, DOB: 05/12/1981
81. YORIK WELLES HANCOCK, DOB: 12/17/1971
82. ELAINE TAMARA HANSEN, DOB: 10/04/1980
83. MICHAEL WILLIAM HANSON, DOB: 10/18/1950
84. ELENA HASKINS
85. CHARLES ELLIOTT HERSCH, DOB: 10/25/1975
86. TINA L. HIGGINS, DOB: 12/16/1955
87. TERRY HOSKINS
88. MICHAEL PAUL HUBBELL, DOB: 08/28/1976
89. KRISTINA HUFF, DOB: 04/20/1966
90. JONATHAN ANDREW IRICK, DOB: 08/14/1980
91. GEORGE KADAR, DOB: 11/12/1949
92. WYATT KALDENBERG, DOB: 03/14/1957
93. JO KINDER, DOB: 09/19/1946
94. KIRK CHRISTIAN KNIGHT, DOB: 08/02/1980
95. RONALD GEORGE KUNAVICH, DOB: 04/19/1967
96. WALTER STEVEN KUTTNER, DOB: 07/01/1978

97. DAVID EDEN LANE, DOB: 11/12/1938 AND KATJA LANE, 10/21/1951
98. GERHARD LAUCK, DOB: 05/12/1953
99. ASHLEY LIKENS (AKA: Ashley Likins)
100. JUSTIN PATRICK LOWRY, DOB: 12/20/1979
101. DENNIS MAHON, DOB: 08/29/1950
102. DANIEL WALLACE MAHON, DOB: 08/29/1950
103. RODNEY ALAN MAHON, DOB: 04/26/1951
104. RANDY MICHAEL MATHEWS, DOB: 10/31/1968
105. EAMMON HENRY MCARDLE, DOB: 08/08/1975
106. MICHAEL JAMES MCDONALD, DOB: 08/07/1977
107. DENNIS MICHAEL MCGIFFEN
108. DUSTIN MESSICK, DOB: 03/18/1977
109. PAUL MINTON, DOB: 08/23/1976
110. TROY MURPHY, DOB: 11/18/1961
111. STEVEN LAWRENCE NEWARK, DOB: 04/24/1980
112. JAMES LEE ODEGAARD, DOB: 05/26/1973
113. ERIC OWENS, DOB: 01/01/1970
114. DENVER PARMENTER, DOB: 07/10/1952
115. ANTHONY PIERPONT, DOB: 08/28/1966
116. NATHAN ZORN PETT
117. BRUCE CARROLL PIERCE, DOB: 05/14/1954
118. TERRY RAINER, DOB: 06/08/1949
119. GENE RAYLE
120. MICHAEL JOHN RIZZO, DOB: 04/09/1970
121. JOSH ROBY, DOB: 02/02/1980
122. JEFF STEPHEN SCHOEP, DOB: 11/12/1973
123. RICHARD SCUTARI, DOB: 04/30/1947
124. FRANK LEE SILVA, DOB: 04/18/1958
125. REINHOLD SOMMERSTEDT, DOB: 09/02/1940
126. MARK OR KARIN SPIDEL  (MARK SPIDEL'S DOB: 07/15/1953)
127. AUTUMN STRADER, DOB: 10/28/1979
128. ROCKY SUHAYDA, DOB: 02/16/1952
129. DAVID TATE
130. FRANK TOKASH, DOB: 07/28/1969
131. JAMES TORKELSON, DOB: 01/14/1978
132. JOSHUA L. VIETHS, DOB: 07/09/1980
133. BENJAMIN VINEYARD, 01/11/1965
134. STEVEN R. VITTI, DOB: 08/24/1979
135. ROYCE REEVES WALLER, DOB: 12/30/1970
136. ROBERT WEEMS, DOB: 05/19/1930
137. MATTHEW LEE WICK, DOB: 03/06/1981
138. JAMES PAUL WICKSTROM, DOB: 10/07/1942

**ORGANIZATIONS:**
ARYAN INTERNATIONAL MOVEMENT (AIM)
ARYAN NATIONS
KNIGHTS OF THE KU KLUX KLAN AND/OR ANY FACTION OF THE SAME.
CONFEDERATE HAMMERSKINS
WESTERN HAMMERSKINS
ANY SKINHEAD GROUP OR SKINHEAD INDIVIDUALS
WORLD CHURCH OF THE CREATOR (WCOTC)